UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN THOMPSON | CIVIL ACTION NO.: 2:12-CV-03054 |
| VS. | JUDGE: ELDON E. FALLON |
| GOLDEN CORRAL CORPORATION AND ABC INSURANCE COMPANY | MAGISTRATE: JOSEPH C. WILKINSON, JR. |

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING** Rule 37 Stipulation and Motion to Remand Case to State Court;

**IT IS ORDERED** that the above captioned matter is hereby remanded to the Twenty-First Judicial District Court, Parish of Tangipahoa, State of Louisiana, pursuant to law.

New Orleans, Louisiana, this ___6th___ day of ___March___ 2013.

_____
**HONORABLE ELDON E. FALLON**

BY ATTORNEYS:

POWERS, SELLERS & CHAPOTON, L.L.P.

| | |
|---|---|
| /s/ Douglas M. Chapoton | /s/ Jon M. Yeager |
| **Douglas M. Chapoton, Bar #25616** | Jon M. Yeager, Esq., Bar #27148 |
| 7967 Office Park Boulevard (70809) | 207 North Cypress Street |
| Post Office Box 15948 | Hammond, Louisiana 70401 |
| Baton Rouge, Louisiana 70895 | Telephone: (985) 340-9969 |
| Telephone:  (225) 928-1951 | Telecopier: (985) 340-9968 |
| Facsimile:  (225) 929-9834 | E-Mail jyeager@email.com0 |
| E-Mail dchapoton@powersfirm.com | |